279 So.2d 565

**In re James McCART**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 406.**

Supreme Court of Alabama.

June 21, 1973.

William J. Baxley, Atty. Gen., and Otis J. Goodwyn, Jr., Asst. Atty. Gen., for the State.

No brief for respondent.

FAULKNER, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in McCart v. State, 50 Ala.App. 387, 279 So. 2d 558.

Writ denied.

HEFLIN, C. J., and MERRILL, COLEMAN and HARWOOD, JJ., concur.

285 So.2d 122

**In re Ronald Faires McCAY, alias,**

**v.**

**STATE.**

**Ex parte Ronald Faires McCay.**

**SC 560.**

Supreme Court of Alabama.

Nov. 8, 1973.

J. Louis Wilkinson, Birmingham, for petitioner.

No brief for the State.

BLOODWORTH, Justice.

Petition of Ronald Faires McCay for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in McCay, alias v. State, 51 Ala.App. 307, 285 So.2d 117.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and JONES, JJ., concur.